IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR.,           ) | |
| ) | |
| Plaintiff,    ) | |
| ) | CIVIL ACTION |
| vs.           ) | |
| ) | Case No. 4:24-CV-01405 |
| THE T. PHAM and TEXAS MOBILE PCS LLC,   ) | |
| ) | |
| Defendants.    ) | |

## NOTICE OF SETTLEMENT

Plaintiff, SALVADOR SEGOVIA, JR., by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, THE T. PHAM and TEXAS MOBILE PCS LLC.

Plaintiff and Defendants, THE T. PHAM and TEXAS MOBILE PCS LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 9TH day of May, 2024.

                                        Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 9th day of May 2024.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479