United States District Court
Southern District of Texas
**ENTERED**
May 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-01405 |
| THE T. PHAM and TEXAS MOBILE PCS LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANTS

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 21, 2024, it is hereby **ORDERED** that all claims that were or could have been asserted by Plaintiff against Defendants, THE T. PHAM and TEXAS MOBILE PCS LLC, be **dismissed with prejudice**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on May 22, 2024.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record